IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01593-RM-KMT

KENNY JACKSON,

> Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC, a Kansas limited liability company,

> Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 20) filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 17th day of January, 2014.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge